**Marion G. DRIVER, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 22, 1957.

Charles E. Peyton, Peyton & Hume, Louisville, for appellant.

Jo M. Ferguson, Atty. Gen., Zeb A. Stewart, Asst. Atty. Gen., for appellee.

PER CURIAM.

Marion G. Driver was convicted of a breach of the peace and fined $100. He repossessed a locked financed car parked on a public street at night by breaking the vent glass. It is contended that such conduct does not constitute a breach of the peace.

The record has been examined and the briefs studied. The case was tried on an agreed stipulation of facts. No merit is found in the contention made.

The motion for an appeal is overruled and the judgment is affirmed.